UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAMION SMITH,

    Plaintiff,

v.

G.A. FOOD SERVICES OF PINELLAS COUNTY, LLC, A FOREIGN LIMITED LIABILITY COMPANY,

    Defendant.
_____/

Case No. 2:24-cv-565-JLB-KCD

## ORDER

Before the Court is Defendant G.A. Food Services of Pinellas County, LLC's Motion to Compel Discovery. (Doc. 29.) Plaintiff pro se Damion Smith did not respond, and the time to do so expired. The Court thus considers the motion unopposed. *See* Local Rule 3.01(c).

Defendant served a first set of interrogatories and a first request for production on Smith last year. After several extensions and conferrals about Smith's deficient responses, Smith amended his responses. (Doc. 29-10.) After the amendment, the number of disputed items narrowed to what appears to be four interrogatories (numbers 3, 4, 5, 7) and two requests for production (numbers 32, 38). *See* Docs. 29 at 5, 29-11, 29-12. Defendant's last conferral efforts failed. (Docs. 29-11, 29-12.)

After review, it isn't clear what discovery responses remain. The motion's conclusion states that Defendant wants an order compelling Smith to provide more complete answers to all discovery requests, but only a few disputes appear to remain. Rather than listing the interrogatories still at issue and Smith's response with argument about why those responses are deficient, Defendant filed a generic motion to compel and attached over a hundred pages of material, leaving it to the Court to sift through and find which discovery deficiencies remain. For example, in a conferral letter, the only issue that Defendant had with interrogatory 5 and request for production 28 was that Smith did not include an executed medical release. (*See* Doc. 29-11.) The motion acknowledges that Smith provided an executed medical release since the conferral letter but says that Smith "failed to provide the additional information needed." (Doc. 29 ¶ 11.) But it isn't clear what this "additional information" is. At bottom, the Court lacks sufficient information about what disputes remain, so the motion to compel (Doc. 29) is **DENIED WITHOUT PREJUDICE**. Defendant may refile the motion by **August 29, 2025**, listing exactly what discovery responses remain and why those responses are deficient with citation to authority. And all future filings must comply with the typography requirements of Local Rule 1.08.

**ORDERED** in Fort Myers, Florida on August 25, 2025.

2

Kyle C. Dudek
United States Magistrate Judge